NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7027

NATHAN L. GLENN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1708, Judge Bruce Kasold.

ON MOTION

ORDER

Nathan L. Glenn moves to reinstate his petition for review and for leave to file his brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion is granted.   The mandate is recalled, the court's dismissal order is vacated, and the petition for review is reinstated.

(2)   The Secretary's brief is due within 40 days of the date of filing of this order.

FOR THE COURT

APR 0 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Nathan L. Glenn
      Lauren S. Moore, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 9 2010

JAN HORBALY
CLERK